UNITED STATES DISTRICT COURT                              MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/30/08          CASE NUMBER: 08-15706M-SD-001          [CLOSED]

USA vs. Norma Medina-Lopez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____          INTERPRETER  Ricardo Gonzalez
                                                 LANGUAGE  Spanish
Attorney for Defendant Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 4/29/08              ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ Defendant Sworn             ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Defendant does not appear to speak Spanish nor English and is not understanding proceeding. Government moves for dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

                                        Recorded by Courtsmart
                                        BY: Angela J. Tuohy
                                        Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

4/29

UNITED STATES OF AMERICA
V.
Norma MEDINA-Lopez
Citizen of Mexico
YOB: 1987
088768393
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15706M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about April 29, 2008, near Andrade, California in the Southern District of California, Defendant Norma MEDINA-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Alfredo Prieto
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

__April 30, 2008__                    at              Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:         Norma MEDINA-Lopez

Dependents:        None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien.

**CRIMINAL HISTORY:**      None found.

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on April 29, 2008.

Charges:   8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 30, 2008_____
Date

_____
Signature of Judicial Officer